UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    LAQUETHA T JEANS

Debtor(s)

Case No. 11-45276

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/07/2011.

2) The plan was confirmed on 01/27/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/23/2012.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,125.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,978.48 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,978.48** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,150.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $269.23 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,419.23** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA CHECKMATE LLC | Unsecured | 1,205.00 | 1,875.22 | 1,875.22 | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE | Unsecured | 774.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 4,521.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CREDIT | Unsecured | 2,373.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CREDIT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 1,462.00 | 2,229.27 | 2,229.27 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 398.00 | 103.91 | 103.91 | 0.00 | 0.00 |
| CBCS | Unsecured | 613.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,000.00 | 1,355.00 | 1,355.00 | 0.00 | 0.00 |
| CNAC | Unsecured | 4,689.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 34.00 | 35.04 | 35.04 | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES | Unsecured | NA | 1,911.07 | 1,911.07 | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE ASSOC CREDIT UNION | Unsecured | 100.00 | 859.73 | 859.73 | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 889.00 | 888.60 | 888.60 | 0.00 | 0.00 |
| LELAND SCOTT & ASSOC | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1,850.00 | 3,890.57 | 3,890.57 | 0.00 | 0.00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 100.00 | 1,180.61 | 1,180.61 | 0.00 | 0.00 |
| PLS FINANCIAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 372.00 | 371.93 | 371.93 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 728.33 | 728.33 | 0.00 | 0.00 |
| RENT A CENTER | Unsecured | 6,107.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 12,544.00 | 12,544.00 | 12,544.00 | 3,128.15 | 431.10 |
| SANTANDER CONSUMER USA | Unsecured | NA | 2,148.51 | 2,148.51 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SECRETARY OF STATE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 100.00 | 392.68 | 392.68 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,311.00 | 1,008.68 | 1,008.68 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,144.00 | 492.10 | 492.10 | 0.00 | 0.00 |
| VAN RU CREDIT | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ACCEPTANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,544.00 | $3,128.15 | $431.10 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,544.00** | **$3,128.15** | **$431.10** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,471.25** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,419.23 |
| Disbursements to Creditors | $3,559.25 |
| **TOTAL DISBURSEMENTS:** | **$6,978.48** |

**UST Form 101-13-FR-S (9/1/2009)**

     12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/06/2012　　　　　　　　　　By: /s/ Glenn Stearns
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**